IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DERRICK L. NICHOLSON,

    Petitioner,

v.

LISA G. COLBERT, et al.

    Defendants.

CIVIL ACTION NO.: 4:24-cv-67

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's August 2, 2024, Report and Recommendation, (doc. 29), to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. Defendant Aiken's Motion for Judgment on the Pleadings, (doc. 16), is **GRANTED, in part and DENIED, in part**. Defendants Colbert, Blyden, and Jones' Motion for Judgment on the Pleadings, (doc. 17), is **GRANTED**, and they are hereby **DISMISSED**. Defendant Aiken's Motion to Dismiss, (doc. 32), Plaintiff's Amended Complaint, (doc. 31), remains pending and awaits Plaintiff's Response thereto. Defendant Baker also remains a Defendant in this matter, as she has not filed a dispositive motion.

**SO ORDERED**, this 27th day of August, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA