IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DERRICK L. NICHOLSON

    Plaintiff,

v.

LISA COLBERT, et. al.,

    Defendants.

CIVIL ACTION NO.: 4:24-cv-67

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's November 15, 2024, Report and Recommendation, (doc. 40), to which plaintiff has not filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 40.) Defendant Baker's Motion to Dismiss, construed as a Motion for Judgment on the Pleadings, (doc. 35), is **GRANTED**. Defendant Aiken's Motion to Dismiss, (doc. 32), is **GRANTED**. Plaintiff's Amended Complaint is **DISMISSED**. (Doc. 31.) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 10th day of January, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA